# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v                                                            **APPEARANCE**

                                                              CASE NO.: 3:03CR29(JCH)

RICHARD CICHON

*To the Clerk of this Court and all parties of record:*

*Enter my Appearance as counsel in this case for:*

### RICHARD CICHON

*Date:* October 31, 2006

_____
Signature

*Bar No.:* ct01724

Paul F. Thomas
Print Name

OFFICE OF THE FEDERAL DEFENDER
Firm Name

2 WHITNEY AVENUE, SUITE 300
Address

NEW HAVEN    CT    06510
City           State   Zip Code

(203) 498-4200
Phone Number

*I hereby certify that copies have been mailed/hand-delivered to counsel of record as listed below, this date:* October 31, 2006

*James I. Glasser, Chief, Criminal Division, United States Attorney's Office, P.O. Box 1824, New Haven, CT 06508.*

_____
Paul F. Thomas