UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 3:03CR29(JCH) |
| RICHARD CICHON | : September 28, 2006 |

### MOTION TO TERMINATE PROBATION

The defendant, Richard Cichon, respectfully moves this Court to terminate the term of probation imposed on July 29, 2003. In support of this motion, the defendant states the following:

1. Under 18 U.S.C. §3564(c), the Court, "after considering the factors set forth in Section 3553(a) to the extent they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of imprisonment previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice."

2. On February 11, 2003, Mr. Cichon pled guilty to the charge of theft of government funds in violation of 18 U.S.C. §641. On July 29, 2003, the Court sentenced him to probation for 5 years, with special conditions of restitution in the amount of $5,385 and community service of 100 hours.

3. Mr. Cichon has fully satisfied the special conditions of probation by performing the required community service and by making full restitution.

4. The purposes of sentencing set forth in Section 3553(a) have been fulfilled, the defendant's conduct during the term of probation demonstrates that there is no longer a need for supervision, and the interest of justice would be served by terminating probation more than three years after sentencing was imposed.

*[Handwritten margin note:]* Denied. The court will entertain a motion for early termination when one year remains, assuming continued compliance. [signature] 11/27/06

- 2 -

Respectfully submitted,

THE DEFENDANT,
RICHARD CICHON

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: September 28, 2006

/s/ Paul F. Thomas
Paul F. Thomas
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct01724
(203) 498-4200
Email: paul.thomas@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing MOTION TO TERMINATE PROBATION has been mailed to James I. Glasser, Assistant United States Attorney, 157 Church Street, 23rd Fl, New Haven, CT 06510, and Deborah S. Palmieri, United States Probation Officer, 157 Church Street, New Haven, CT 06510, on this 28th day of September 2006.

/s/ Paul F. Thomas
Paul F. Thomas