UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR29(JCH) |
| RICHARD CICHON | : | September 4, 2007 |

## **MOTION TO TERMINATE PROBATION**

The defendant, Richard Cichon, respectfully moves this Court to terminate the term of probation imposed on July 29, 2003. In support of this motion, the defendant states the following:

1. Under 18 U.S.C. §3564(c), the Court, "after considering the factors set forth in Section 3553(a) to the extent they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of imprisonment previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice."

2. On February 11, 2003, Mr. Cichon pled guilty to the charge of theft of government funds in violation of 18 U.S.C. § 641. On July 29, 2003, the Court sentenced him to probation for five years, with special conditions of restitution in the amount of $5,385 and community service of 100 hours.

3. Mr. Cichon has completed four years of the five-year term of probation, and he has fully satisfied the special conditions of probation by performing the required community service and by making full restitution, and he is in full compliance with the conditions and requirements of probation,

4. By previous motion filed September 29, 2006, Mr. Cichon sought the early termination of probation and, by endorsement dated November 27, 2006, the Court denied the motion but it stated that it would entertain such a motion, assuming Mr. Cichon was in compliance with the requirements of probation, when one year remained on his sentence.

5. Mr. Cichon has complied fully with the conditions of probation and his supervising probation

- 2 -

officer has no objection to the granting of this motion.

    6. The purposes of sentencing set forth in Section 3553(a) have been fulfilled, the defendant's conduct during the term of probation demonstrates that there is no longer a need for supervision, and the interest of justice would be served by terminating probation more than three years after sentencing was imposed.

                                      Respectfully submitted,

                                      THE DEFENDANT,
                                      RICHARD CICHON

                                      THOMAS G. DENNIS
                                      FEDERAL DEFENDER

Dated: September 4, 2007                  /s/
                                      Paul F. Thomas
                                      Asst. Federal Defender
                                      265 Church St., Suite 702
                                      New Haven, CT 06510
                                      Bar No. ct01724
                                      (203) 498-4200
                                      Email: paul.thomas@fd.org

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Motion to Terminate Probation has been mailed to Jonathan Biran, Assistant United States Attorney, 450 Main Street, Hartford, CT 06103, and to Deborah Palmieri, Senior United States Probation Officer, 157 Church Street, New Haven, CT 06510 on this 4th day of September 2007.

                                        /s/
                                        Paul F. Thomas